IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RITA F. HARMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-09-683-D |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT AND ORDER OF REMAND**

Upon review of the file, and noting no timely objection to the findings and recommendations of United States Magistrate Judge Bana Roberts issued pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 18] in its entirety. For the reasons stated therein, the Court enters judgment reversing the decision of the Commissioner pursuant to 42 U.S.C. § 405(g), and remanding the case for further administrative proceedings, consistent with the Report and Recommendation, regarding the step-four determination that Plaintiff was able to perform her past relevant work.

Entered this 22nd day of March, 2010.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE